FILED

04/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0310

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0310

_____

IN RE THE PARENTING OF B.K.,

A Minor Child.

JESSICA SMALLING,

     Petitioner and Appellee,                    O R D E R

and

JASON KLUBBEN,

     Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Jason Klubben, to all counsel of record, and to the Honorable Jason T. Marks, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 1 2020